Abraham J. Colman (SBN 146933)
Jordan Yu (SBN 227341)
REED SMITH LLP
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.457.8000
Facsimile: 213.457.8080
Email: acolman@reedsmith.com
jsyu@reedsmith.com

Attorneys for Defendant
LVNV Funding, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MULLINS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LVNV FUNDING, LLC,<br><br>　　　　　Defendant(s). | No.: CV-09-0332 JCS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT LVNV FUNDING, LLC TO RESPOND TO COMPLAINT**<br><br>[N.D. Cal. Local Rule 6-1(a)] |

Pursuant to Local Rule 6-1(a), Plaintiff Michael Mullins ("Plaintiff") and Defendant LVNV Funding, LLC ("Defendant"), by and through their respective attorneys of record, hereby stipulate that the time for Defendant to respond to Plaintiff's Complaint is extended to March 27, 2009. Defendant reserves any and all objections and defenses and does not waive any of its rights by entering into this stipulation.

DATED: February 27, 2009.

KROHN & MOSS, LTD.

By /s/ Ryan Lee
Ryan Lee
Nicholas J. Bontrager
Attorneys for Plaintiff Michael Mullins

DATED: February 27, 2009.

REED SMITH LLP

By /s/ Jordan Yu
Jordan Yu
Attorneys for Defendant
LVNV Funding LLC

Dated: March 2, 2009

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# PROOF OF SERVICE

I, Griselda Munoz, declare:

I am employed in the County of Los Angeles, State of California. My business address is Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On February 27, 2009, I served the document(s) described as:

**STIPULATION TO EXTEND TIME FOR DEFENDANT LVNV FUNDING, LLC TO RESPOND TO COMPLAINT**

on the interested parties in this action by the methods listed below:

***SEE ATTACHED SERVICE LIST***

☒ BY CM/ECF ELECTRONIC DELIVERY: In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cand.uscourts.gov.

☐ BY PERSONAL DELIVERY: I personally delivered the document(s) listed above to the person(s) at the address(es) set forth on the attached list.

☐ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071

☐ BY ☐ UPS NEXT DAY AIR ☐ FEDERAL EXPRESS ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ UPS ☐ FEDERAL EXPRESS ☐ Overnight Delivery [specify name of service: ] with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ UPS ☐ FEDERAL EXPRESS OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071 with delivery fees fully provided for.

☐ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s): in accordance with the written confirmation of counsel in this action.

☐ BY EMAIL: I sent via electronic mail a copy of said document(s) to the following addressee(s):

☐ [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

PROOF OF SERVICE

☒ [Federal] I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 27, 2009, at Los Angeles, California.

<u>         /s/  *Griselda Munoz*         </u>
Griselda Munoz

- 2 -
PROOF OF SERVICE

## Service List
### *Mullins v. LVNV Funding, LLC., et al.*
### Case No.: CV-09-0332 JCS

| | |
|---|---|
| Ryan Lee, Esq.<br>Nicholas J. Bontrager, Esq.<br>Krohn & Moss Ltd.<br>10635 Santa Monica Blvd., Suite 170<br>Los Angeles, CA 90025<br>Tel: 323-988-2400<br>Fax: 866-802-0021<br>rlee@consumerlawcenter.com<br>nbontrager@consumerlawcenter.com | Attorneys for Plaintiff<br>*Michael Mullins* |