**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MULLINS, | Case No. C09-00332 JCS |
| Plaintiff(s), | |
| v. | **ORDER VACATING ALL DATES EXCEPT FOR THE CASE MANAGEMENT CONFERENCE** |
| LVNV FUNDING, | |
| Defendant(s). | |

Pursuant to the Notice of Settlement, filed on March 18, 2009, the Court hereby VACATES all dates, except for the Initial Case Management Conference date of May 8, 2009, at 1:30 p.m.

IT IS SO ORDERED.

Dated: March 19, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge