1  Abraham J. Colman (SBN 146933)
   Jordan Yu (SBN 227341)
2  REED SMITH LLP
   355 South Grand Avenue
3  Los Angeles, CA  90071
   Telephone:    213.457.8000
4  Facsimile:    213.457.8080
   Email: acolman@reedsmith.com
5         jsyu@reedsmith.com

6  Attorneys for Defendant
   LVNV Funding, LLC
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 MICHAEL MULLINS,                    No.: CC-09-0332 JCS

12              Plaintiff,             **JOINT STIPULATION OF DISMISSAL
                                       WITH PREJUDICE OF ENTIRE ACTION
13     vs.                             AND ORDER THEREON**

14 LVNV FUNDING, LLC,                  The Honorable Joseph C. Spero

15              Defendant(s).

IT IS HEREBY STIPULATED by and between Plaintiff Michael Mullins ("Plaintiff") and Defendant LVNV Funding, LLC ("Defendant"), through their counsel of record, that pursuant to Federal Rule of Civil Procedure 41(a), the above-captioned action is hereby dismissed *with prejudice* in its entirety, with Plaintiff and Defendant to each bear their own costs and attorneys' fees. Plaintiff and Defendant have settled this action in its entirety. The Parties respectfully request that the Court retain jurisdiction over this matter for the sole purpose of enforcing, if necessary, the Parties' settlement agreement.

DATED: April 24, 2009.

REED SMITH LLP

By      /s/ Jordan Yu
Jordan Yu
Attorneys for Defendant
LVNV Funding, LLC

DATED: April 24, 2009.

KROHN & MOSS, LTD.

By      /s/ Ryan Lee
Ryan Lee
Attorneys for Plaintiff
Michael Mullins

### ORDER

Pursuant to the Parties' Stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that this action is dismissed with prejudice in its entirety, with Plaintiff and Defendant to each bear their own costs and attorneys' fees. The Court shall retain jurisdiction over this matter for the sole purpose of enforcing, if necessary, the Parties' settlement agreement.

DATED: 4/27/09

Honorable Joseph C. Spero
United States Magistrate Judge

No.: CV-09-0332 JCS                                — 2 —

**PROOF OF SERVICE**

I, Griselda Munoz, declare:

I am employed in the County of Los Angeles, State of California. My business address is Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On April 24, 2009, I served the document(s) described as:

***JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND ORDER THEREON***

on the interested parties in this action by the methods listed below:

***SEE ATTACHED SERVICE LIST***

☒ **BY CM/ECF ELECTRONIC DELIVERY:** In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cand.uscourts.gov.

☐ **BY PERSONAL DELIVERY:** I personally delivered the document(s) listed above to the person(s) at the address(es) set forth on the attached list.

☐ **BY MAIL:** I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071

☐ **BY** ☐ **UPS NEXT DAY AIR** ☐ **FEDERAL EXPRESS** ☐ **OVERNIGHT DELIVERY:** I deposited such envelope in a facility regularly maintained by ☐ UPS ☐ FEDERAL EXPRESS ☐ Overnight Delivery [specify name of service: ] with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ UPS ☐ FEDERAL EXPRESS OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071 with delivery fees fully provided for.

☐ **BY FACSIMILE:** I telecopied a copy of said document(s) to the following addressee(s) at the following number(s): in accordance with the written confirmation of counsel in this action.

☐ **BY EMAIL:** I sent via electronic mail a copy of said document(s) to the following addressee(s):

☐ [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  ☒  [Federal]  I declare under penalty of perjury that the foregoing is true and correct.

2

3  Executed on April 24, 2009, at Los Angeles, California.

4  /s/ *Griselda Munoz*
Griselda Munoz

| | |
|---|---|
| Ryan Lee, Esq.<br>Nicholas J. Bontrager, Esq.<br>Krohn & Moss Ltd.<br>10635 Santa Monica Blvd., Suite 170<br>Los Angeles, CA   90025<br>Tel: 323-988-2400<br>Fax: 866-802-0021<br>rlee@consumerlawcenter.com<br>nbontrager@consumerlawcenter.com | Attorneys for Plaintiff<br>*Michael Mullins* |

**Service List**
*Mullins v. LVNV Funding, LLC., et al.*
Case No.: CV-09-0332 JCS

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 3 -
PROOF OF SERVICE